IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CARMELA LYNN JACKSON, ROBERT CODY KIEFFER II,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, PAYPAL, FACEBOOK, TWITTER, INSTAGRAM, TIKTOK, *et al.*,<br><br>Defendants. | Case No. 23-cv-64-DKW-WRP<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

On February 2, 2023, Plaintiff Carmela Lynn Jackson, proceeding *pro se*, filed a Complaint against several social media websites and their executives. Dkt. No. 1 ("Complaint"). As with several other complaints this Plaintiff has recently filed in this Court, the Complaint is indecipherable.[1] It alleges the injecting and tracking of individuals through "bit frequencies" and the charging of "humans' wires" as forms of "modern day slavery" with no evident connection to any of the named Defendants. Jackson also filed an application to proceed *in forma pauperis* (IFP). Dkt. No. 3.

---

[1] *See e.g.*, *Jackson v. State of Indiana, et al.*, Civil No. 23-cv-00053-DKW-WRP, and *Jackson v. Michael Jackson, the "Jackson 5", et al.*, Civil No. 23-cv-00061-DKW-WRP.

1

Plaintiff's unhinged allegations have no place in this Court, and nothing can be done to cure the Complaint's deficiencies. *See* 28 U.S.C. § 1915(e)(2)(B); Fed.R.Civ.P. 8(a); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Ashelman v. Pope*, 793 F.2d 1072, 1078 (9th Cir. 1986) (citation omitted) (no opportunity to amend need be permitted where amendment would clearly be futile). The Complaint is DISMISSED WITH PREJUDICE, the IFP application is DENIED as moot, and the Clerk is instructed to CLOSE this case.

    IT IS SO ORDERED.

    DATED: February 7, 2023 at Honolulu, Hawaiʻi.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

*Carmela Lynn Jackson, et al vs. Google, Paypal, et al*; Civil No. 23-00064 DKW-WRP; **ORDER DISMISSING COMPLAINT WITH PREJUDICE**